### 45114.   BULLINGTON et al. v. AETNA CASUALTY & SURETY COMPANY et al.

Jordan, Presiding Judge.   This appeal, unsupported by the timely filing of an enumeration of errors, is subject to dismissal.   Rule 13(a), this court, 118 Ga. App. 869; *Washington v. Thomson Newspapers, Inc.,* 120 Ga. App. 653 (171 SE2d 774); *Gresham v. State,* 120 Ga. App. 465 (170 SE2d 767); *Wood v. American Home Assurance Co.,* 119 Ga. App. 793 (168 SE2d 597); *Herrin v. Herrin,* 225 Ga. 692 (171 SE2d 143).   Moreover, it is also unsupported by the timely filing of a brief, and this "shall be construed as an abandonment."   Rule 15 (a), this court, 118 Ga. App. 869.

*Appeal dismissed.   Eberhardt and Pannell, JJ., concur.*

Argued March 3, 1970—Decided March 10, 1970.

*Mundy, Gammage & Cummings, William W. Mundy,* for appellants.

*Skinner, Wilson & Beals, Warner R. Wilson, Jr.,* for appellees,